IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:16-cv-1412-NCT-JEP

| | |
|---|---|
| BOBBY J. CHOPLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION, )<br>)<br>Defendant. ) | **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, stipulate and agree to the dismissal with prejudice of all claims in the above-captioned lawsuit. The parties shall bear their own costs associated with this action.

Respectfully submitted this 16th day of July, 2018.

/s/ Matthew E. Lee
MATTHEW E. LEE
N.C. State Bar No. 35405
JEREMY R. WILLIAMS
N.C. State Bar No. 48162
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: matt@wbmllp.com
Email: jeremy@wbmllp.com

/s/ Mark R. Sigmon
Mark R. Sigmon
N.C. State Bar No. 37762
SIGMON LAW, PLLC
5 West Hargett Street, Suite 1001
Raleigh, NC 27601

/s/ M. Robin Davis
M. ROBIN DAVIS
N.C. State Bar No. 21655
JACKSON LEWIS P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Robin.Davis@jacksonlewis.com

/s/ Justin R. Barnes
JEFFREY A. SCHWARTZ (GA Bar # 558465)
JUSTIN R. BARNES (GA Bar # 105220)
DANIA L. HAIDER (GA Bar # 477587)
JACKSON LEWIS P.C.
1155 Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: Jeffrey.Schwartz@jacksonlewis.com
Email: BarnesJR@jacksonlewis.com
Email: Dania.Haider@jacksonlewis.com

Telephone: 919-451-6311  
Facsimile: 919-882-9057  
Email: mark@sigmonlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

*ATTORNEYS FOR DEFENDANT*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:16-cv-1412-NCT-JEP

| | |
|---|---|
| BOBBY J. CHOPLIN, | ) |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) |
| Defendant. | ) |

This is to certify that on July 16, 2018, the foregoing **JOINT STIPULATION OF DISMISSAL** was electronically filed with the Clerk of Court using the Court's CM/ECF electronic service system, thereby causing these materials to be electronically served upon all counsel of record in this case.

/s/ Matthew E. Lee
Matthew E. Lee